NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**WI-FI ONE, LLC,**
*Appellant*

**v.**

**BROADCOM CORPORATION,**
*Appellee*

_____

2015-1946

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00636.

_____

**JUDGMENT**

_____

DOUGLAS AARON CAWLEY, McKool Smith, PC, Dallas, TX argued for appellant. Also represented by DONALD PUCKETT, Nelson Bumgardner PC, Fort Worth, TX; PETER J. AYERS, Lee & Hayes, PLLC, Austin, TX.

DOMINIC E. MASSA, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for appellee. Also represented by KATIE SAXTON, KEVIN GOLDMAN, ZACHARY PICCOLOMINI.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 September 16, 2016   /s/ Peter R. Marksteiner
Date                  Peter R. Marksteiner
                      Clerk of Court